# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

February 19, 2026

*By the Court*:

| | |
|---|---|
| No. 26-1116 | MIGUEL A. BERNAL AYON,<br>    Petitioner - Appellee<br><br>v.<br><br>SAMUEL OLSON, et al.,<br>    Respondents - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:25-cv-13583<br>Northern District of Illinois, Eastern Division<br>District Judge Joan B. Gottschall | |

Upon consideration of the **MOTION TO WITHDRAW AND DISMISS APPEAL**, filed on February 18, 2026, by counsel for the appellants,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**     (form ID: **137**)